[No. 18617-2-III.   Division Three.   November 14, 2000.]

JOHN STAENBERG, *Appellant*, v. HARRY ADAMS, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-02924-5, Gregory D. Sypolt, J., entered October 26, 1999. *Reversed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 18881-7-III.   Division Three.   November 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. IVAN CHAVEZ BARRIGA DIAZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 99-1-01425-7, Heather K. Van Nuys, J., entered November 4, 1999. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 18696-2-III.   Division Three.   November 16, 2000.]

THOMAS A. BOVE, ET AL., *Appellants*, v. LEROY F. SCHLOSSTEIN, ET AL., *Defendants*, PAUL J. ALLISON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-01786-9, Linda G. Tompkins, J., entered August 26, 1999. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.